# WILLIAMS MULLEN

Direct Dial: 804.420.6606
jlucier@williamsmullen.com

October 20, 2017

<u>By ECF</u>

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 100077

      Re:   *Ingenco Holdings, LLC v. CCI U.S. Asset Holdings LLC*
               <u>No. 1:17cv00811, S.D.N.Y.</u>

Dear Judge Ramos:

      We represent Ingenco Holdings, LLC, in this case. Pursuant to Section 1.E of Your Honor's Individual Practices, we write to request an adjournment or extension of the next case management conference, currently scheduled for April 6, 2018. *See* July 6, 2017 Minute Entry; Scheduling Order § 19 (ECF No. 17). We request an extension because Ingenco's lead trial counsel, who will be attending the next case management conference, has had a family matter scheduled for April 6. We request an extension to the next available date that is convenient for the Court.

      Neither party has made a previous request for an adjournment or extension. We have conferred with counsel for CCI U.S. Asset Holdings LLC, and counsel consents to this request.

      Thank you for your time and consideration.

                                  Sincerely,

                                  /s/

                                Jonathan T. Lucier (admitted pro hac vice)

CC: Counsel of record, by ECF